No. A–831 (87–6873).   ARANDA *v.* TEXAS.   Application to continue the stay of mandate of the Court of Criminal Appeals of

Texas, presented to JUSTICE WHITE, and by him referred to the Court, granted pending this Court's action on the petition for writ of certiorari. If the petition for writ of certiorari is denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue in effect pending the issuance of the mandate of this Court.